UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN J. WALSH,

                Plaintiff,

-against-

SALVATORE'S CORP., d/b/a COPPOLA'S EAST, SALVATORE COPPOLA and SAM KASER,

                Defendants.

**ORDER TO WITHDRAW REFERRAL ORDER**

22 Civ. 961 (ER)

Ramos, D.J.:

    The Order of Reference to Magistrate Judge James L. Cott for general pretrial purposes is hereby WITHDRAWN.

    It is SO ORDERED.

Dated: May 9, 2022
       New York, New York

                                        Edgardo Ramos, U.S.D.J.