UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN J WALSH,

                Plaintiff,

– against –

SALVATORE'S CORP. d/b/a COPPOLA'S EAST, SALVATORE COPPOLA, and SAM KASER

                Defendants.

**ORDER**

22 Civ. 961 (ER)

Ramos, D.J.:

        On February 3, 2022, plaintiff brought a complaint against Salvatore's Corp., Salvatore Coppola, and Sam Kaser.  Salvatore's Corp. was required to answer by May 5, 2022.  *See* Doc. 10.  Salvatore Coppola was required to answer by May 6, 2022.  *See* Doc. 11.  Sam Kaser was required to answer by June 6, 2022.  *See* Doc. 17.  As of the date of this Order, none of the defendants have responded to the complaint.

        Plaintiff is therefore instructed to submit a status report by no later than July 20, 2022.  Failure to do so may result in a dismissal for failure to prosecute.

It is SO ORDERED.

Dated:   July 12, 2022
           New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.