UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN J WALSH, Secretary of Labor of the
United States Department of Labor,

                Plaintiff,

- against -

SALVATORE'S CORP. d/b/a COPPOLA'S EAST,
SALVATORE COPPOLA, and SAM KASER,

                Defendants.

**ORDER**
22 Civ. 961 (ER)

Ramos, D.J.:

      On February 3, 2022, Martin J Walsh (the "Secretary") brought this action against Salvatore's Corp., Salvatore Coppola, and Sam Kaser (together, "Defendants").  Doc. 1.  Salvatore's Corp. was required to answer by May 5, 2022.  Doc. 10.  Salvatore Coppola was required to answer by May 6, 2022.  Doc. 11.  And Sam Kaser was required to answer by June 6, 2022.  Doc. 18.

      As of July 12, 2022, none of the defendants had answered; the Court therefore instructed the Secretary to submit a status report by July 20, 2022.  Doc. 19.  The Secretary submitted a status report on July 19, 2022.  Doc. 20.  Two days later, on July 21, 2022, the Secretary filed an affidavit seeking default judgment against all Defendants, Doc. 24, and a proposed clerk's certificate of default, Doc. 22.  Also on July 21, 2022, the Clerk of Court entered the Secretary's proposed certificate of default against Defendants.  Doc. 25.

      Since July 21, 2022, the Secretary has not taken any additional steps pursuant to Attachment A (the Default Judgment Procedure) of the Individual Practices of the Court, which includes preparing an Order to Show Cause.

The Secretary is therefore directed either to move forward with the Default Judgment Procedure or to provide a status update by October 14, 2022. Failure to do so may result in dismissal of the case for failure to prosecute.

It is SO ORDERED.

Dated: October 6, 2022
       New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.